# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DWAYNE LEWIS,<br><br>Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br><br>Respondent. | Case No. CV 18-05877 AFM<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 11/16/2018

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE